IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOKKUWA K. ERVIN,

Petitioner,

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al,

Respondents.

No. C 10-4132 JSW (PR)

**ORDER OF TRANSFER**

(Docket No. 2)

Petitioner is a state prisoner currently incarcerated at Kern Valley State Prison, located in Delano, California, within the venue of the United States District Court for the Eastern District of California, regarding the conditions of his confinement. He has also filed a motion to proceed *in forma pauperis* (docket no. 2).

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* However, if the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

Petitioner's claims are directed to the execution of sentence, in that they involve

the conditions of his confinement. Therefore, this Court will transfer this action to the United States District Court for the Eastern District of California. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. In light of the transfer, this Court will not resolve Petitioner's pending motion (docket no. 2). The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: October 5, 2010

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NOKKUWA K ERVIN,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS et al,

Defendant.
_______________________________________/

Case Number: CV10-04132 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nokkuwa K. Ervin
Kern Valley State Prison
J41091
P.O. Box 5107
93216, CA

Dated: October 5, 2010

Jennifer Ottolini

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk